IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DWIGHT A. WILLIAMS,

               Plaintiff,

  v.

RICHARD A. RAEMISCH, DAVID J. MAHONEY,
I.C. SOLUTIONS, INC., SWANSON CL
CORPORATION, CONSOLIDATED FOOD
SERVICE, INC., CORRECT CARE SOLUTIONS,
INC., CAPT. TEUSCHER, LT. TWOMBLY,
LT. PIERCE, SGT. PRICE, SGT. TURK,
SGT. FLERES, SGT. ELVE, SGT. EDENS,
SGT. LINDSLEY, TRACI ROBERTS, M. STONER,
G. BROCKMEYER, S. KOWALSKI, DR. WIESSE,
NURSE ALLISON and NURSE TAMARA,

               Defendants.

ORDER ON
FAILURE TO PROSECUTE

11-cv-721-slc

---

       This court held a recorded telephonic preliminary pretrial conference on March 1, 2012. Plaintiff did not contact the court to participate and the court had no telephone number at which it could reach him.  Nonetheless, the court set the schedule in consultation with the defendants' attorneys so that we do not need to reconvene the telephonic pretrial conference in the event that plaintiff still wishes to pursue this lawsuit.

       IT IS ORDERED THAT not later than March 16, 2012, plaintiff must write to the court (with a copy to each group of defendants' attorney) acknowledging that he has received this preliminary pretrial conference order and that he wishes to go forward with this lawsuit, or his case will be dismissed for failure to prosecute.

       Entered this 2nd day March, 2012.

                                         BY THE COURT:

                                         /s/

                                         STEPHEN L. CROCKER
                                         Magistrate Judge