IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DWIGHT A. WILLIAMS,

           Plaintiff,                      ORDER

    v.                                       11-cv-721-slc

RICHARD A. RAEMISCH, *et al.*,

           Defendants.

---

On March 2, 2012, I gave plaintiff Dwight Williams two weeks, until March 16, 2012 to write to the court acknowledging that he has received the preliminary pretrial conference order in this case and that he wishes to go forward with this lawsuit. Now, that order has been returned in the mail to the court as undeliverable; it turns out the court had incorrectly listed plaintiff's building address. The clerk's office has corrected plaintiff's address and has re-sent the preliminary pretrial conference order. I am giving plaintiff another opportunity to report whether he wishes to go forward with this lawsuit.

IT IS ORDERED THAT plaintiff Dwight Williams has until April 9, 2012 to write to the court (with a copy sent to each group of defendants' attorneys) acknowledging that he has received the preliminary pretrial conference order and that he wishes to go forward with this lawsuit. If plaintiff does not report to the court by this new deadline, then this court will dismiss this lawsuit because of plaintiff's failure to prosecute it

Entered this 26th day of March 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge