IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DWIGHT A. WILLIAMS,

    Plaintiff,

v.

RICHARD A. RAEMISCH, DAVID J. MAHONEY,
IC SOLUTIONS, CONSOLIDATED FOODS INC.,
CORRECT CARE SOLUTIONS INC.,
CAPT. TEUSCHER, LT. TWOMBLY, LT. PIERCE,
SGT. PRICE, SGT. TURK, SGT. FLERES,
SGT. ELVE, SGT. EDENS, SGT. LINDSLEY,
TRACI ROBERTS, M. STONER,
G. BROCKMEYER, C.L. SWANSON
CORPORATION, S. KOWALSKI,
DR. WEISSE, NURSE ALLISON and
NURSE TAMARA,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-721-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants;

    (1) granting defendants ICI and Swanson's motions to dismiss;

    (2) granting defendant Raemisch's motion for judgment on the pleadings; and

    (3) granting all remaining defendants' summary judgment motions and dismissing this case.

_____   11/27/12
Peter Oppeneer, Clerk of Court         Date